# Exhibit D

POLICY NUMBER:THBP197730  BUSINESSOWNERS
**Date Processed**: 09/11/2020  BP 12 01 07 02

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# BUSINESSOWNERS POLICY CHANGES

3501 Georgia Avenue, LLC

3501 Georgia Ave NW
Washington, DC 20010-1760

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW.

| POLICY NUMBER THBP197730 | POLICY CHANGES EFFECTIVE 09/04/2020 | COMPANY AmGUARD Insurance Company |
|---|---|---|
| NAMED INSURED 3501 Georgia Avenue, LLC | | AUTHORIZED REPRESENTATIVE |

**CHANGES**

**Additional Insured - Mortgagee, Assignee, or Receiver**

Changed  
Name:  
From: Sonabank  
To: SONOBANK

Address:  
From: P.O Box 2075  
To: PO Box 2075

Zip Code + 4:  
From: n/a  
To: 5075

**Loss Payable Provision**

Added  
Loss Payee Name:  
SONOBANK

Address:  
PO Box 2075

City:  
Ashland

State:

---

BP 12 01 07 02  © ISO Properties, Inc., 2001  Page 1 of 3

        VA

        Zip:
        23005

        Provision Applicable:
        B. Lender's Loss Payable

        Zip Code + 4:
        5075

**Mortgage Holder Information**

| | |
|---|---|
| Added | Mortgage Holder Name:<br>SONOBANK |
| | Address:<br>PO Box 2075 |
| | City:<br>Ashland |
| | State:<br>VA |
| | Zip:<br>23005 |
| | Zip Code + 4:<br>5075 |

**Policy Forms**

| | |
|---|---|
| Added | Loss Payable Clauses (BP 12 03 01 10) |
| Added | Mortgagee Info (MORTGAGEE INFO) |

| POLICY AMOUNT AND PREMIUM ADJUSTMENT | | | | | | |
|---|---|---|---|---|---|---|
| | Limits Of Insurance | | Premiums | | | |
| Coverage Description | Previous Limit Of Insurance | New Limit Of Insurance | Previous Premium | New Premium | ☐<br>☐ | Add'l Premium<br>Return Premium |
| | | | $ | $ | $ | |

| **TOTAL PREMIUM ADJUSTMENTS** | |
|---|---|
| PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE | |
| ADDITIONAL | RETURN |
| $ 0.00 | $ 0.00 |
| **REMOVAL PERMIT** | If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change: after that, this insurance does not apply at the previous location. |

**BUSINESSOWNERS POLICY DECLARATIONS**

Issued: 07/04/2020

**Policy No.:** THBP197730                                **Effective Date:** 09/04/2020

## MORTGAGE HOLDER INFORMATION

**LOCATION 001, BUILDING 001**
SONOBANK
PO Box 2075
Ashland, VA 23005
Mortgage Account Number:
Rank:

POLICY NUMBER:                                                                                **BUSINESSOWNERS**
                                                                                                    **BP 04 09 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

   BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| |
|---|
| **Name Of Person(s) Or Organization(s):** <br> SONOBANK |
| **Designation Of Premises:** <br> 3501 Georgia Ave NW <br> Washington, DC 20010-1760 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Liability** is amended as follows:

**A.** The following is added to Paragraph **C. Who Is An Insured:**

   **3.** The person(s) or organization(s) shown in the Schedule is also an additional insured, but only with respect to liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you and as shown in the Schedule.

   However:

      **a.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

      **b.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

   If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits Of Insurance shown in the Declarations;

   whichever is less.

   This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

POLICY NUMBER: THBP197730 　　　　　　　　　　　　　　　　　　　　　　　　　　BUSINESSOWNERS
BP 12 03 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| **Premises Number:** | 001 | **Building Number:** | 001 | **Applicable Clause (Indicate Paragraph A, B or C):** | B |
|---|---|---|---|---|---|
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | SONOBANK | | | | |
| **Loss Payee Address:** | PO Box 2075  Ashland, VA, 23005 | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I – Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

 **1.** Adjust losses with you; and

 **2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

 **1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading;

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

 **2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

   **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

   **c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

    **(1)** Pays any premium due under this policy at our request if you have failed to do so;

    **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of **Section I – Property** will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

   (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   (2) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions:**

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.